■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRISTOBAL SOSA, Appellant. [851 NYS2d 55]—Judgment of resentence, Supreme Court, New York County (Arlene D. Goldberg, J.), rendered on or about October 24, 2006, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Nardelli, Williams, McGuire and Acosta, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO NUNEZ, Appellant. [851 NYS2d 55]—Judgment of resentence, Supreme Court, New York County (Charles H. Solomon, J.), rendered on or about May 12, 2006, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Nardelli, Williams, McGuire and Acosta, JJ.